# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/12/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00605HG-LEK |
| CASE NAME: | Donna Susan Taylor-Draney, et al. Vs. Exclusive Resorts, LLC, et al. |
| ATTYS FOR PLA: | Trevor A. Brown |
| ATTYS FOR DEFT: | Robert G. Klein<br>Nadine Y. Ando<br>Lisa W. Cataldo<br>Dennis W. Chong Kee<br>Amara Harrell<br>Ross N. Taosaka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record; FTR-Courtroom 7 |
| DATE: | 1/12/2006 | TIME: | 11:00-11:21; **FTR** 11:22-11:26 |

COURT ACTION:  EP: Further Settlement Conference held.  Settlement reached.

Settlement on the Record held.  Terms stated.  Exhibit submitted for the record.

Magistrate Judge Leslie E. Kobayashi to recommend to Judge Helen Gillmor to enter Order for Dismissal with prejudice.

Submitted by: Warren N. Nakamura, Courtroom Manager