IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DONNA SUSAN TAYLOR-DRANEY, ETC., ET AL., | ) ) ) | CIVIL NO. 04-00605 HG-LEK |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| EXCLUSIVE RESORTS, LLC, ET AL., | ) ) ) | |
| Defendants. | ) ) ) | |

**<u>ORDER OF DISMISSAL</u>**

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The Court retains jurisdiction to reopen the proceeding within thirty days of this order, upon good cause shown, if the settlement conditions have not been satisfied.

IT IS SO ORDERED.

DATED at Honolulu, Hawaii, January 13, 2006.



_____
Helen Gillmor
Chief United States District Judge