AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| DONNA SUSAN TAYLOR-DRANEY, et al. | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIVIL NO 04-00605 HG-LEK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| EXCLUSIVE RESORTS, LLC, et al. | January 17, 2006 |
| Defendant(s). | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice, each party to bear its own costs and attorneys' fees pursuant to the "Order of Dismissal" filed on January 13, 2006.

| | |
|---|---|
| January 17, 2006 | SUE BEITIA |
| Date | Clerk |
| | *(signature)*<br>(By) Deputy Clerk |